NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RELUME CORPORATION TRUST, DENNY FOY, SHAWN GRADY, AND MARIE HOCHSTEIN, Trustees,**
*Plaintiffs-Appellants,*

**v.**

**GE LIGHTING SOLUTIONS, LLC,**
*Defendant-Appellee.*

---

2014-1267

---

Appeal from the United States District Court for the District of Delaware in No. 1:12-cv-00871-LPS, Chief Judge Leonard P. Stark.

---

**JUDGMENT**

---

DANIEL R. FERRI, Niro, Haller & Niro, of Chicago, Illinois, argued for plaintiffs-appellants. With him on the brief were BRIAN E. HAAN and TIMOTHY J. HALLER. Of counsel on the brief was ROBERT P. GREENSPOON, Flachsbart & Greenspoon, LLC, of Chicago, Illinois.

RICHARD L. RAINEY, Executive Counsel, IP Litigation, General Electric Company, of Fairfield, Connecticut,

argued for defendant-appellee. With him on the brief were ROBERT J. MCAUGHAN, JR., and BRUCE J. CANNON, Sutton McAughan Deaver PLLC, of Houston, Texas.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


    PER CURIAM (NEWMAN, MOORE, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| January 29, 2015 | /s/  Daniel  E.  O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |